UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GOPICHAND VALLABHANENI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:14-cv-01048-TWP-MJD |
| ) | |
| ENDOCYTE, INC., ) | |
| P. RON ELLIS, ) | |
| BETH TAYLOR, ) | |
| MICHAEL A SHERMAN, ) | |
| JOHN C. APLIN, ) | |
| PHILIP S. LOW, ) | |
| KEITH E. BRAUER, ) | |
| ANN F. HANHAM, ) | |
| MARC KOZIN, ) | |
| PETER D. MELDRUM, ) | |
| FRED A. MIDDLETON, ) | |
| LESLEY RUSSELL, ) | |
| CREDIT SUISSE SECURITIES (USA) LLC, ) | |
| CITIGROUP GLOBAL MARKETS INC., ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Having granted Defendants' motion to dismiss in relation to all of the Plaintiff's claims, the Court now enters **FINAL JUDGMENT**.

**SO ORDERED.**

Date: 2/2/2016

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U. S. District Court

Distribution:

Agnes Dunogue
SHEARMAN & STERLING LLP
agnes.dunogue@shearman.com

Mario Garcia
BRATTAIN MINNIX GARCIA
mgarcia@brattainminnix.com

Craig J. Geraci , Jr
KAHN SWICK & FOTI
craig.geraci@ksfcounsel.com

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

Adam S. Hakki
SHEARMAN & STERLING, LLP
ahakki@shearman.com

Charles C. Hayes
SWEENEY HAYES LLC
charleshayes.atty@gmail.com

Joni S. Jacobsen
DECHERT LLP (Chicago)
joni.jacobsen@dechert.com

David H. Kistenbroker
DECHERT LLP (Chicago)
david.kistenbroker@dechert.com

Angela M. Liu
DECHERT LLP (Chicago)
angela.liu@dechert.com

J. Ryan Lopatka
KAHN SWICK & FOTI, LLC
j.lopatka@ksfcounsel.com

Kim E. Miller
KAHN SWICK & FOTI
kim.miller@ksfcounsel.com

Daniel E. Pulliam
FAEGRE BAKER DANIELS LLP
(Indianapolis)
daniel.pulliam@faegrebd.com

Carl E. Volz
DECHERT LLP (Chicago)
carl.volz@dechert.com

Paul A. Wolfla
FAEGRE BAKER DANIELS LLP
(Indianapolis)
paul.wolfla@faegrebd.com

Judy L. Woods
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
jwoods@beneschlaw.com