UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GOPICHAND VALLABHANENI<br><br>    Plaintiff,<br><br>              v.<br><br>ENDOCYTE, INC. P. RON ELLIS, BETH TAYLOR, MICHAEL A. SHERMAN, JOHN C. APLIN, PHILIP S. LOW, KEITH E. BRAUER, ANN F. HANHAM, MARC KOZIN, PETER D. MELDRUM, FRED A. MIDDLETON, LESLEY RUSSELL, CREDIT SUISSE SECURITIES, (USA) LLC, CITIGROUP GLOBAL MARKETS, INC.,<br><br>    Defendants. | Civil Action No. 1:14-cv-01048-TWP-MJD |

## NOTICE OF APPEAL

Please take notice that Lead Plaintiff, Gopichand Vallabhaneni, appearing through undersigned counsel, hereby appeals to the United States Court of Appeals for the Seventh Circuit from both the Entry on Motion to Dismiss of January 4, 2016 (D.E. 119), dismissing Plaintiff's Amended Complaint without prejudice, as well as the Order (D.E. 122) and Final Judgment (D.E. 123) of February 2, 2016 dismissing Plaintiff's Amended Complaint with prejudice.

Dated: March 1, 2016

Respectfully submitted,

**BRATTAIN MINNIX GARCIA**

/s/ Mario Garcia
Mario Garcia
151 N. Delaware St. #760
Indianapolis, IN 46204
Telephone: (317) 231-1750
Facsimile: (317) 231-1760
mgarcia@brattainminnix.com

*Local Counsel for Lead Plaintiff*
*Gopichand Vallabhaneni*

Kim E. Miller
**KAHN SWICK & FOTI, LLC**
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498

*And*

Lewis S. Kahn
**KAHN SWICK & FOTI, LLC**
206 Covington St.
Madisonville, LA 70447
Telephone (504) 455-1400
Facsimile: (504) 455-1498

*Lead Counsel for Lead Plaintiff*
*Gopichand Vallabhaneni*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on March 1, 2016.

/s/ Mario Garcia
Mario Garcia