# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

March 31, 2016

To:     Laura A. Briggs
        UNITED STATES DISTRICT COURT
        Southern District of Indiana
        United States Courthouse
        Indianapolis , IN 46204-0000

| | |
|---|---|
| No. 16-1454 | GOPICHAND VALLABHANENI, on behalf of himself and all others similarly situated,<br>Plaintiff - Appellant<br><br>v.<br><br>ENDOCYTE, INC., et al.,<br>Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:14-cv-01048-TWP-MJD
Southern District of Indiana, Indianapolis Division
District Judge Tanya Walton Pratt

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b)

STATUS OF THE RECORD:                 no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                        **Received by:**

_____3/31/2016_____                          _Maggie Gilstrap_

                                                              Deputy Clerk, U.S. District Court

form name: **c7_Mandate**(form ID: **135**)

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

March 31, 2016

*By the Court:*

| | |
|---|---|
| No. 16-1454 | GOPICHAND VALLABHANENI, on behalf of himself and all others similarly situated, <br> Plaintiff - Appellant <br><br> v. <br><br> ENDOCYTE, INC., et al., <br> Defendants - Appellees |

**Originating Case Information:**

District Court No: 1:14-cv-01048-TWP-MJD
Southern District of Indiana, Indianapolis Division
District Judge Tanya Walton Pratt

Upon consideration of the **STIPULATION OF VOLUNTARY DISMISSAL**, filed on March 31, 2016, by counsel for the appellant and counsel for the appellees,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit